COAL COMPANY, INC., Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

FRIEDA ROTHKOPF, Appellant, Respondent, v. ABRAHAM LEDMAN, Respondent, Appellant.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.; Merrell and Philbin, JJ., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BEN HARRISON, Appellant.— Judgment and orders affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

FRANK HEMINGWAY, INC., Respondent, v. MARDEN, ORTH & HASTINGS COMPANY, INC., Appellant.— Judgment modified by deducting therefrom so much thereof as represents interest, and as so modified the judgment and the order appealed from are affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OTTO BANG, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

MARY R. DONALD, as Executrix, etc., of JAMES M. DONALD, Deceased, Respondent, v. CHARLES A. WARNER, Appellant.— Judgment and order affirmed,. with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

JULIUS H. ROSANSKY and Another, Respondents, v. JACOB MARKSAMER, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith and Merrell, JJ.

In the Matter of the Arbitration of the Dispute Between THE F. B. Q. CLOTHING COMPANY, Respondent, and ROSENWASSER BROS., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIA RAMOS, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

OTTO WOLFSOHN, Respondent, v. AMERICAN BEAD COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

CONRON BROS. COMPANY, Appellant, v. ARMOUR & COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

DAVID WITTENBERG, Appellant, v. TORIMAC CORPORATION and Others, Impleaded with MORRIS SEID and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

ADAM PANAGIOTAU, Respondent, v. CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ; Philbin, J., dissenting.

ANTHONY J. PILAR, Respondent, v. BERNARD R. ARMOUR, Appellant.—